No. 984. CARRUTHERS ET AL. v. REED, KEEPER. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Leon H. Ransom* for petitioners. No appearance for respondent.

No. 989. ENGLER v. UNITED STATES. June 5, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Richard A. Engler, pro se.* No appearance for the United States.

No. 1004. JURGENSEN v. NEBRASKA. June 5, 1939. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles E. Foster* for petitioner. No appearance for respondent.

No. 891. GRAHAM ET AL. v. UNITED STATES; and
No. 901. HEED ET AL. v. SAME. June 5, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Polakoff* for petitioners in No. 891. *Mr. Lewis Landes* for petitioners in No. 901. *Solicitor General Jackson,* and *Messrs. William W. Barron, J. Albert Woll, M. Joseph Matan,* and *W. Marvin Smith* for the United States. Reported below: 102 F. 2d 436.